**12/16/2015**                                                  **COA No. 13-14-00007-CR**
**SALAZAR, RAUL GARZA**   Tr. Ct. No. 2013-DCR-1701         **PD-1161-15**
On this day, the Appellant's petition for discretionary review has been refused.

Abel Acosta, Clerk

13TH COURT OF APPEALS  CLERK
DORIAN RAMIREZ
901 LEOPARD
CORPUS CHRISTI, TX  78401
* DELIVERED VIA E-MAIL *